1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
3  Dennis Price, Esq., SBN 279082
   Mail: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff

7  CHRISTINE H. LONG (SBN: 199676)
   christine.long@berliner.com
8  EILEEN P. KENNEDY (SBN: 204646)
   eileen.kennedy@berliner.com
9  BERLINER COHEN, LLP
   Ten Almaden Boulevard,
10 Eleventh Floor
   San Jose, California 95113-2233
11 Telephone:(408)286-5800
   Facsimile:(408)998-5388
12 Attorneys For Defendant
   RSTP Investments LLC

13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA

15 | SCOTT JOHNSON,                          | Case: 5:19-cv-07840-EJD
16 |     Plaintiff,                          |
17 |   v.                                    | **JOINT STIPULATION FOR**
18 | RSTP INVESTMENTS LLC, a California      | **DISMISSAL PURSUANT TO**
   | Limited Liability Company; and Does     | **F.R.CIV.P. 41 (a)(1)(A)(ii)**
19 | 1-10,                                   |
20 |     Defendants.                         |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 30, 2021          CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff

Dated: June 30, 2021          BERLINER COHEN, LLP

                              By: /s/ Eileen P. Kennedy
                                  Christine H. Long
                                  Eileen P. Kennedy
                                  Attorneys for Defendant
                                  RSTP Investments LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eileen P. Kennedy, counsel for RSTP Investments LLC, and that I have obtained Ms. Kennedy's authorization to affix her electronic signature to this document.

Dated: June 30, 2021              CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff